SEYFARTH SHAW LLP
David D. Jacobson (SBN 143369)
*djacobson@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-2901
Telephone:    (310) 201-1508
Facsimile:     (310) 201-5219

SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
*lmaechtlen@seyfarth.com*
Kerry M. Friedrichs (SBN 198143)
*kfriedrichs@seyfarth.com*
Megha J. Charalambides (SBN 310892)
*mcharalambides@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
DEL MONTE FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE BRUCE, BRYAN AUSTIN, DEREK STEWART, FRANK GONZALES, MIGUEL HERRERA, AND RAYMOND RAYA, on behalf of themselves and others similarly situated as well as on behalf of the State of California and other aggrieved employees in a representative capacity, <br><br> Plaintiffs, <br><br> v. <br><br> DEL MONTE FOODS, INC. <br><br> Defendant. | Case No. 16-cv-5891-JD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT DEL MONTE FOODS, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** <br><br> Date:    February 16, 2017 <br> Time    10:00 a.m. <br> Dept.:    Courtroom 11, 19th Floor <br> Judge:   Hon. James Donato <br><br> Complaint Filed:  October 12, 2016 |

Defendant Del Monte Foods, Inc.'s ("Defendant") Motion to Dismiss Plaintiffs' Complaint ("Motion"), came on regularly for hearing before this Court on February 16, 2017 at 10:00 a.m.

Appearances were made as stated in the record. Having read and considered the motion, any papers in opposition, and the points and authorities and request for judicial notice filed by the parties, having heard argument of counsel, and for good cause appearing, Defendant's Motion is **GRANTED** as follows:

**IT IS ORDERED THAT:**

1. Defendants' Motion to Dismiss this case under Federal Rule of Civil Procedure, Rule 12(b)(6), is GRANTED without leave to amend. This case is hereby dismissed.

**IT IS SO ORDERED.**

Dated:_____, 2017

_____
United States District Court Judge

36506102v.1